UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FREDERICK SCOTT                                CIVIL ACTION

VERSUS                                         NO: 08-4649

JUDGE MARTIN E. COADY, ET AL.                  SECTION: R(2)


**ORDER**

Having reviewed *de novo* the Petition for Writ of Habeas Corpus, the applicable law, the Magistrate Judge's Unopposed Report and Recommendation, the Court approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly, it is ordered that Plaintiff's petition be DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 12th day of November, 2008.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE